**Damon SIMPSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77208**

Missouri Court of Appeals, Western District.

March 31, 2015

Laura Martin, Kansas City, MO, Counsel for Appellant

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

## ORDER

Per Curiam:

Mr. Damon Simpson appeals the motion court's judgment denying a Rule 29.15 post-conviction motion. He claims that trial counsel was ineffective for failing to permit him to testify at trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).